In the Matter of the Claim of LOUIS ANGELO, Respondent, against EDWARD STRAUCHEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence on which to base award for reduced earnings. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of JAMES DUGGAN, Respondent, against THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of HANNAH E. GALLAGHER, Respondent, against LINCOLN ENGINEERING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MEYER NERRINGER, Respondent, against BERNARD REITER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CLARA BUMPUS, Respondent, against GEORGE GREGG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the referee acted as a witness, and otherwise showed partiality. Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of MARIANA TARASUK, Respondent, against LOUIS J. COHEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ALICE COONEY, Respondent, against INTERBOROUGH RAPID TRANSIT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of AUGUST SCHILL, Respondent, against SINGER SEWING MACHINE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is a failure of proof as to disability arising from the accident. Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of EDWARD J. REILLY, Respondent, against FEENEY & SHEEHAN CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.